IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Messi Beckham,
Plaintiff

CASE NO. 4-15CV-441-O

V.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 11 2015
CLERK, U.S. DISTRICT COURT
By ______
Deputy

International Federation of Association FootBall a/k/a FiFa;
Joseph Sepp Blatter;
Charles Blazer;
Rafael Esqivel;
Julio Rocha;
Jeffrey WeBB;
Jose Maria Marin;
Eugenio Figueredo;
Eduardo Li;
Costas Takkas;
Concacaf;
Defendants

Bivens Action
Bivens v. unknown Agents
28 USC 1331

The Plaintiff brings this Federal lawsuit Against FiFa, FiFa's Head Honcho Joseph Blatter and a motley crew of Defendant's engaged in criminal corruption. I am a International whistleblower and David Beckham's Cousin. I seek $100 million Dollars in punitive Damages collectively from Defendants where I will give to charity causes like: Hurricane superstorm Sandy victims that were Duped by evil Insurance companies, Victims of corrupt police using Taser International tasers,

Dred Scotts relatives, Walter Scotts siblings, Homeless in Scottsbluff Nebraska, Mom and Pop shops stopped by Capitalism, Middle class subjected to Obamacare, and Gabby Giffords.

Defendant Joseph Sepp Blatter Kicked a Soccer Ball in my Face to Stop me from whistleblowing.

All Soccer Balls by FiFa are rigged with RFID chip Gps guided technology to Score goals During soccer games at Anytime to manipulate and cheat all Soccer games outcomes where Defendants bet on Soccer games they control - this is 18 USC 1343 Wire Fraud.

Defendants move the goal posts - they don't play Fair in Life.

Defendant Joseph Sepp Blatter looks Like Bernie Madoff and called Bernie Madoff his Idol, Blatter Kicked a Soccer Ball in my Bladder 8:19.

Defendants stole Soccer Balls at Dicks Sporting goods to protect their Bottom Line - Save money.

Defendants Deflate Soccer balls - Like Deflate gate with Tom Brady. Defendants blasted "Great Balls Of Fire" in my ear Drums

Defendants cheated on their Wives with Soccer moms. Landon Donovan is a Witness and Joseph Blatter got Hope Solo pregnant, she missed her period - got Mad and did Domestic violence herself - Blatter the Defendant is Responsible

Defendants Cheat with latin American Kids like the Danny Amante Scandal

Defendants use illegal Kickback money to buy Penis Enlargements, male Enhancement Drugs. Body wax, Head N shoulders for themselves. Nike payed for Defendants JOS A. BANK Suits. Adidas payed for Joseph Blatters Rectum Surgery Coca Cola bought Defendant Blatter Diet coke - this is Adversitsing fraud- money laundering Blatter recieved a whirlpool washer if he give Qatar 2022 world cup, And a New Car.

Joseph Blatter was Named After Joseph Stalin JB Hunt on Blatters Direct order Delivers Soccer Balls to ISIS.

I seek Damages, I pray for relief. God Bless American Soccer by these people are corrupted, and violates all Rico laws and all laws Against Humanity. Kids cant trust soccer no more Because the Defendants

Respectfully Submitted.

Are Evil warmongers and ~~Joseph Blatter~~ Soccer are the worst Enemy from Defendants who are the Enemy within. the soccer Balls Defendants used are created From illegal Sweat shops. Wake up People

I seek relief. I am a true Patriot and Whistle Blower. God Bless America

Respectfully submitted 5/31/15

[signature]

Messi Beckham
7950 Jones Branch DR
Mclean, VA 22108

Tyson Johnson #KU7801
301 Institution DR
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE PITNEY BOWES
ZIP 16823 $ 000.48[5]
02 1W
0001364647 JUN 05 2015

U.S. District courthouse
501 West Tenth St.
Fort Worth, Texas 76102

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 JUN 11 AM 10: 34

CLERK OF COURT

7610299753